# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of November, two thousand fifteen.

Before:     Susan L. Carney,
                  *Circuit Judge.*

_____

In the Matter of: Motors Liquidation Company,

    *Debtor.*

_____

Celestine Elliott, Lawrence Elliott, Berenice Summerville,

    *Creditors-Appellants-Cross-Appellees,*

       v.

General Motors LLC,

    *Appellee-Cross-Appellant*,

Wilmington Trust Company,

    *Trustee-Appellee-Cross-Appellant,*

Participating Unitholders,

    *Creditor-Appellee-Cross-Appellant,*

Ignition Switch Plaintiffs, Ignition Switch Pre-Closing Accident Plaintiffs, Groman Plaintiffs, the State of Arizona, People of the State of California,

    *Appellants.*

_____

**ORDER**
Docket Nos. 15-2844(L);
15-2847(con); 15-2848 (con)

The parties in this appeal move to expedite the proceedings. IT IS HEREBY ORDERED that the motion is GRANTED. The appeal will proceed as follows:

The opening briefs of all Appellants must be filed by November 16, 2015. The Appellants will file a Joint Appendix and will refer to or incorporate background sections, where possible, to avoid repetition. The States of Arizona and California will file one joint brief limited to 10,000 words; the Groman Plaintiffs will file a brief limited to 10,000 words; and the Elliott, Sesay, and Bledsoe Plaintiffs will file a brief limited to 7,000 words, should they choose to file a brief.

The response briefs of all Appellees and Cross-Appellants must be filed by January 11, 2016. General Motors LLC (New GM) may submit a brief of up to 20,000 words. The two GUC parties will file a joint brief.

The reply briefs of all Appellants and Cross-Appellees must be filed by February 1, 2016.

The reply briefs of all Appellees and Cross-Appellants must be filed by February 22, 2016.

All parties must comply with the applicable word limitations for briefs set out in the Federal Rules of Appellate Procedure and the Court's Local Rules, unless otherwise specified above.

The appeal shall be heard as early as the week of March 14, 2016, subject to the approval of the presiding judge.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

